USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/15/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
**MCARTHUR MARTIN,**

                        **Petitioner,**

       -against-                                 16-CV-4503 (ALC)

**UNITED STATES OF AMERICA,**               **ORDER**

                       **Respondent.**
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of Petitioner's motion to vacate. ECF No. 1. The Parties are hereby **ORDERED** to submit a joint status report updating the Court on or before **May 29, 2020**.

**SO ORDERED.**

**Dated:**      **May 12, 2020**
             **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**